IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CASE NO. 4:08CV-004-M

*ELECTRONICALLY FILED*

MOLLY WHITLEDGE                                                                    PLAINTIFF

VS.

TROVER HEALTH SYSTEM                                                         DEFENDANT

### AGREED ORDER OF DISMISSAL

Motion having been made, the parties having agreed, and the Court being advised, IT IS HEREBY ORDERED, that this action be and is hereby, DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.  This is a final Order.

Have Seen and Agreed:

s/ David S. Trimble (*with permission*)
David S. Trimble
FROST BROWN TODD LLC
250 West Main Street
2800 Lexington Financial Center
Lexington, KY 40507
Phone: (859) 231-0000
Dtrimble@fbtlaw.com

Attorney for Defendant

Have Seen and Agreed:

s/  Andrew Dutkanych, III
Andrew Dutkanych, III
BIESECKER & DUTKANYCH LLC
317 SE Third Street
Evansville, IN 47713
Phone: (812) 424-1000
ad@bdlegal.com

Attorney for Plaintiff

Copies to:  Counsel of record